IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2013 DEC 18 PM 5: 38

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3039 |
| vs. | ORDER |
| JAMES B. HAUGH, | |
| Defendant. | |

For administrative purposes, the term of service for the jurors who sat in this matter, including the alternate juror, is hereby extended until January 29, 2014.

IT IS SO ORDERED.

Dated this 18th day of December, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge