IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3039 |
| vs. | FINAL ORDER OF FORFEITURE |
| JAMES B. HAUGH, | |
| Defendant. | |

    This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 62).

    On December 18, 2013, the Court entered a Preliminary Order of Forfeiture (filing 47) pursuant to 18 U.S.C. § 2253, based upon the defendant's conviction of receipt or distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A). By way of the preliminary order of forfeiture, the defendant's interest in the following property was forfeited to the United States:

1. HP Desktop (Serial #MXL0481160), with ITB Hitachi Hard Drive (Serial #JP2940HD2X4HBC).

2. Seagate External Hard Drive (Serial #4LJ2N7G2).

3. Western Digital External Drive (Serial #WCAUF0133038).

4. SanDisk Cruzer Glide USB Flash Drive.

    As directed by the order, a Notice of Criminal Forfeiture was posted beginning on January 17, 2014, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 61) was filed on May 14, 2014. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 62) is granted.

2. All right, title, and interest in and to the following property held by any person or entity are forever barred and foreclosed:

    a. HP Desktop (Serial #MXL0481160), with ITB Hitachi Hard Drive (Serial #JP2940HD2X4HBC).

    b. Seagate External Hard Drive (Serial #4LJ2N7G2).

    c. Western Digital External Drive (Serial #WCAUF0133038).

    d. SanDisk Cruzer Glide USB Flash Drive.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 15th day of May, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge